AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robart, James L | U.S. Dist Court, W.D. of WA | 08/12/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Judge (active) | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 700 Stewart Street, Room 14134 <br> Seattle, WA 98101 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee for Board of Trustees | Whitman College |
| 2. | Trustee | Hugh S. Cannon Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 08/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Self-employed artist |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Thomson - West Legal Works | May 21-22, 2007 | Austin, TX | Spoke at Patent Seminar | Cabs, airfare, parking, hotel |
| 2. | American Intellectual Property Law Assoc. | June 22, 2007 | Portland, OR | Spoke at AIPLA CLE | Mileage, parking |
| 3. | Thomson-West Legal Works | October 11-12, 2007 | Chicago, IL | Spoke at IP Law Seminar | Airfare, cabs, meals, parking |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 08/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | Bank of America | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank | A | Interest | K | T | | | | | |
| 2. Key Bank | A | Interest | J | T | | | | | |
| 3. Oak Harbor, WA Rental Property (2007 - $815,596) | D | Rent | | S | | | | | |
| 4. Shoreline, WA Rental Property (2007 - $473,000) | C | Rent | | | Sell | 5/30 | O | G | Nor West Construction |
| 5. Seattle, WA Rental Property (2007 - $260,000) | D | Rent | | S | | | | | |
| 6. ISROB Associates | D | Distribution | J | U | | | | | |
| 7. Bank of Washington Common Stock | A | Dividend | L | T | | | | | |
| 8. Charter Bank Common Stock | A | Dividend | | | Merged | 7/6 | M | F | Note 1 |
| 9. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 10. -- Starbucks Common Stock | | None | N | T | Partial Gift | 11/15 | K | | |
| 11. -- Schwab Money Fund | E | Interest | N | T | | | | | |
| 12. -- Silver Standard Common Stock | | None | J | T | | | | | |
| 13. -- Russell 2000 Ishares | | | | | Sell | 1/3 | N | G | |
| 14. -- SPDR Units | A | Dividend | M | T | | | | | |
| 15. -- Microfield Common Stock | | None | J | T | | | | | |
| 16. -- MSCI EM Mkts I-Shares | E | Dividend | P1 | T | Partial Sell | 12/3 | L | | |
| 17. -- MSCI EAFE Index Fund | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- S&P 600 I-Shares | C | Dividend | O | T | Buy | 1/3 | N | | |
| 19. -- Vanguard REIT Fund | D | Dividend | N | T | Buy | 12/3 | N | | |
| 20. -- S&P 500 IShares | | None | N | T | Buy | 12/3 | N | | |
| 21. -- Boston Priv. Fin. Hldg. | A | Dividend | M | T | Merger | 7/6 | M | | Note 1 |
| 22. Chevron Common Stock | C | Dividend | M | T | | | | | Note 2 |
| 23. Vanguard GNMA Mutual Fund | D | Dividend | M | T | | | | | |
| 24. BROKERAGE IRA #1 | | | | | | | | | |
| 25. -- Starbucks Common Stock | | None | M | T | Partial Sell | 1/3 | K | E | |
| 26. -- Ford Zero Corp Note | | None | | | Matured | 1/25 | K | D | |
| 27. -- Household Fin Zero Corp Note | | None | | | Matured | 9/17 | K | C | |
| 28. -- U.S. Treasury Strips | | None | | | Matured | 5/15 | K | E | |
| 29. -- Gov't FHLBB | E | Interest | N | T | Patial Buy | 1/3 | L | | |
| 30. | | | | | Partial Buy | 4/25 | L | | |
| 31. | | | | | Partial Buy | 7/2 | L | | |
| 32. | | | | | Partial Buy | 9/26 | L | | |
| 33. | | | | | Redemption | 10/10 | K | | |
| 34. | | | | | Redemption | 12/7 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Resolution Trust Strips | | None | M | T | Part Mature | 7/16 | J | C | |
| 36. -- MBNA Bank CD | A | Interest | | | Matured | 8/28 | K | | |
| 37. -- Providian Bank CD | B | Interest | K | T | | | | | |
| 38. -- Bank Hapoalim CD | B | Interest | | | Matured | 5/1 | L | | |
| 39. -- Discover Bank CD | B | Interest | | | Matured | 9/25 | L | | |
| 40. -- Russell 2000 I Shares | | None | | | Sell | 1/3 | N | G | |
| 41. -- Doral Bank CD | B | Interest | L | T | | | | | |
| 42. -- Flagstar Bank CD | C | Interest | L | T | | | | | |
| 43. -- Morton Bank CD | C | Interest | L | T | | | | | |
| 44. -- Fed Nat Mortg. Notes | D | Interest | M | T | | | | | |
| 45. -- Citibank Bank Deposit Program | C | Interest | M | T | | | | | |
| 46. -- MB Financial CD | C | Interest | L | T | | | | | |
| 47. -- Lehman Bros CD | A | Interest | K | T | | | | | |
| 48. -- BMW Bank CD | C | Interest | L | T | | | | | |
| 49. -- Metro Bank CD | C | Interest | L | T | | | | | |
| 50. -- First Sign. Bank CD | B | Interest | K | T | | | | | |
| 51. -- Sweden Zero Bonds | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period — (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period — (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period — (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -- International Lease Bonds | B | Interest | K | T | | | | | |
| 53. -- Dow Chem. Bonds | A | Interest | J | T | | | | | |
| 54. -- GMAC Bonds | B | Interest | K | T | | | | | |
| 55. -- Merrill Lynch Notes | B | Interest | K | T | | | | | |
| 56. -- MSCI EM Mkts I-Shares | B | Dividend | | | Sell | 12/3 | M | F | |
| 57. -- MSCI EAFE Index I-Shares | D | Dividend | O | T | Partial Sell | 12/3 | L | E | |
| 58. -- Gold Bank C.D. | B | Interest | | | Matured | 2/14 | L | | |
| 59. -- Citicorp Term Notes | B | Interest | K | T | | | | | |
| 60. -- S&P 600 iShares | D | Dividend | N | T | Buy | 1/3 | N | | |
| 61. -- TIPS iShares | E | Interest | N | T | Buy | 1/3 | N | | |
| 62. BROKERAGE IRA #2 | | | | | | | | | |
| 63. -- U.S. Treasury Strips | | None | K | T | | | | | |
| 64. -- MSCI I-Shares | | | | | Partial Buy | 1/3 | J | | |
| 65. | | | | | Sell | 12/4 | M | E | |
| 66. -- S&P 500 I-Shares | | None | L | T | Buy | 12/7 | L | | |
| 67. -- Schwab Money Fund | B | Interest | J | T | | | | | |
| 68. BROKERAGE IRA #3 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- U.S. Treasury Strips | | None | K | T | | | | | |
| 70. -- Am. Century Ultra Mut. Fund | B | Dividend | J | T | | | | | |
| 71. -- Janus Balanced Mut. Fund | A | Dividend | J | T | | | | | |
| 72. -- T.R. Price New Asia Mut. Fund | B | Dividend | K | T | | | | | |
| 73. -- Schwab Money Fund | A | Interest | J | T | | | | | |
| 74. BROKERAGE IRA #4 | | | | | | | | | |
| 75. -- S&P 500 I Shares | B | Dividend | M | T | | | | | |
| 76. -- Russell 2000 I Shares | A | Dividend | M | T | | | | | |
| 77. -- Citibank Bank Deposit Program | A | Interest | J | T | | | | | |
| 78. -- MSCI I Shares | A | Dividend | K | T | | | | | |
| 79. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 80. -- Tacoma, WA Public Util. Bond | A | Interest | | | Redemption | 1/2 | J | | |
| 81. -- Utah Building Own. Bond | A | Interest | | | Redemption | 5/15 | J | | |
| 82. -- Washington State Bonds | A | Interest | | | Redemption | 9/1 | K | | |
| 83. -- Bensalem, PA Wtr. Bonds | | None | | | Redemption | 12/3 | J | C | |
| 84. -- Maricopa, AZ Dev. Auth. Bond | A | Interest | J | T | | | | | |
| 85. -- Lehman Bros. Notes | A | Interest | | | Redemption | 10/22 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Lower CO River Auth Bonds | A | Interest | | | Redemption | 1/2 | K | | |
| 87. -- Phoenix, AZ G.O. Bond | B | Interest | K | T | | | | | |
| 88. -- U of IL Notes | B | Interest | K | T | | | | | |
| 89. -- WA St. Health Bonds | B | Interest | K | T | | | | | |
| 90. -- Gilbert AZ G.O. Bonds | A | Interest | J | T | | | | | |
| 91. -- Maricopa AZ SD Bonds | A | Interest | J | T | | | | | |
| 92. -- Tamarack Funds | B | Interest | L | T | | | | | |
| 93. HUGH CANNON FOUNDATION | | | | | | | | | |
| 94. -- Boeing Common Stock | C | Dividend | N | T | | | | | |
| 95. -- Exxon Mobil Common Stock | D | Dividend | O | T | | | | | |
| 96. -- Fannie Mae Common Stock | D | Dividend | M | T | | | | | |
| 97. -- Fed Home Loan Common Stock | C | Dividend | M | T | | | | | |
| 98. -- Ford Common Stock | | None | K | T | | | | | |
| 99. -- G.E. Common Stock | D | Dividend | N | T | | | | | |
| 100. -- IBM Common Stock | D | Dividend | N | T | | | | | |
| 101. -- Merck Common Stock | D | Dividend | M | T | | | | | |
| 102. -- Pfizer Common Stock | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less  F =$50,001 - $100,000 | B =$1,001 - $2,500  G =$100,001 - $1,000,000 | C =$2,501 - $5,000  H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000  H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less  N =$250,001 - $500,000  P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000  O =$500,001 - $1,000,000 | L =$50,001 - $100,000  P1 =$1,000,001 - $5,000,000  P4 =More than $50,000,000 | M =$100,001 - $250,000  P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal  U =Book Value | R =Cost (Real Estate Only)  V =Other | S =Assessment  W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Safeco Common Stock | D | Dividend | M | T | | | | | |
| 104. -- Verizon Common Stock | D | Dividend | M | T | | | | | |
| 105. -- WA Mutual Bank Common Stock | F | Dividend | N | T | | | | | |
| 106. -- 3M Common Stock | D | Dividend | N | T | | | | | |
| 107. -- Tamarack Money Fund | D | Interest | M | T | | | | | |
| 108. -- Medco Common Stock | | None | K | T | | | | | |
| 109. -- BP ADR | D | Dividend | N | T | | | | | |
| 110. -- Supervalu Common Stock | A | Dividend | | | Sell | 12/18 | K | D | |
| 111. -- Idearc Common Stock | A | Dividend | | | Sell | 12/18 | J | | |
| 112. BROKERAGE IRA #5 | | | | | | | | | |
| 113. -- Vanguard REIT Fund | D | Dividend | N | T | Partial Sell | 1/3 | N | G | |
| 114. | | | | | Buy | 12/3 | K | | |
| 115. -- Russell 2000 Index Fund | | | | | Sell | 1/3 | O | G | |
| 116. -- Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 117. -- TIPS I-Shares | D | Interest | N | T | Buy | 1/3 | N | | |
| 118. -- S&P 600 I-Shares | D | Dividend | O | T | Buy | 1/3 | O | | |
| 119. Vanguard Intl. Tax Managed Fund | E | Dividend | P1 | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  TREASURY DIRECT ACCOUNT | | | | | | | | | |
| 121.  -- 5/15/07 Note | A | Interest | | | Matured | 5/15 | K | | |
| 122.  -- 6/30/07 Note | B | Interest | | | Matured | 6/30 | L | | |
| 123.  -- 5/1/08 Note | B | Interest | K | T | | | | | |
| 124.  -- 7/2/09 Note | C | Interest | L | T | Purchased | 7/2 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 08/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Charter Bank was merged into Boston Private Financial Holdings, Inc. Asset is now listed at line 21.

2. Chevron Texaco Corporation became Chevron Corporation.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544